GEORGE C. GENET, Appellant, *v.* DANIEL KETCHUM et al., Respondents.

(Argued May 28, 1875 ; decided June 8, 1875.)

THE history of the litigation in this action and the character of the appeal are concisely stated in the opinion of ALLEN, J., on motion to dismiss. (60 N. Y., 194.) *Held,* that as the portion of the judgment appealed from was in

effect, although not in terms, affirmed by the General Term, only questions of law were presented for review; that there was evidence sufficient to sustain the findings of fact of the the referee; and that his conclusions of law were sustained by the findings.

It appeared upon the trial that Ketchum, one of the defendants, being in bad health, and intending to go abroad, desired to terminate the action, his counsel executed to him a bond of indemnity. This plaintiff's counsel required defendants to produce in evidence; the referee, after inspecting it, ruled that it was inadmissible in evidence, on the ground that it was a privileged communication; and he also refused to permit plaintiff's counsel to peruse or inspect it. *Held*, no error; that if the bond simply indemnified said defendant against an adverse result of the litigation, it was immaterial and irrelevant. If there were contained therein statements and recitals of fact, which if made by Ketchum would have been available to plaintiff, then they were communications between client and counsel, and privileged.

*George C. Genet*, appellant, in person.

*M. I. Townsend* and *E. F. Bullard* for the respondents.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.